HAMLIN, J., dissents. The sentence was imposed prior to April 2, 1969. Cf. Halliday v. U. S., 394 U.S. 831, 89 S.Ct. 1498, 23 L.Ed.2d 16 (1969).

SUMMERS, J., dissents. See State v. Johnson, 260 La. 902, 257 So.2d 654 (1971) overruling State ex rel. Jackson v. Henderson, 260 La. 90, 255 So.2d 85 (1971).

262 So.2d 393

**In re STATE of Louisiana, In the Interest of Francezica M. TOLER et al.**

**No. 52494.**

May 30, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.